✎ JS-44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Tia Diggs

## DEFENDANTS

Midland Funding, LLC

**(b)** County of Residence of First Listed Plaintiff    Philadelphia, PA

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    San Diego, CA

(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorneys (Firm Name, Address, and Telephone Number)

Fred Davis, Esq. - Davis Consumer Law Firm, 500 Office Ctr Drive, Suite 400, Ft. Washington PA 19034  1-855-432-8475

Attorneys (If Known)

Lawrence J. Bartel, Esquire, 2000 Market Street, Suite 2300, Philadelphia, PA 19103

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicates Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place An "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product |    Med Malpractice | ☐ 625 Drug Related Seizure |    28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |    Liability | ☐ 365 Personal Injury — |    of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & |    Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
|    & Enforcement of Judgment |    Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal |    Injury Product | ☐ 650 Airline Regs | ☐ 830 Patent |    Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |    Employers' |    Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
|    Student Loans |    Liability | **PERSONAL PROPERTY** |    Safety/Health | | ☐ 490 Cable/Sat TV |
|    (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
|    of Veteran's Benefits. |    Liability | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) |    Exchange |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle |    Property Damage |    Act | ☐ 863 DIWC/DIWW | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations |    (405(g)) |    12 USC 3410 |
| ☐ 195 Contract Product Liability |    Product Liability |    Product Liability | ☐ 730 Labor/Mgmt. Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 195 Franchise | ☐ 360 Other Personal | |    & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| |    Injury | | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 791 Empl. Ret. Inc. |    Plaintiff | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment |    Sentence |    Security Act |    or Defendant) | ☐ 895 Freedom of Information |
| ☐ 230 Rent, Lease & Ejectment | ☐ 443 Housing / |    **Habeas Corpus:** | | ☐ 871 IRS – Third Party |    Act |
| ☐ 240 Torts to Land |    Accommodations | ☐ 530 General | |    26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | |    Under Equal Access |
| ☐ 290 All Other Real Property | ☐ 445 Amer. | ☐ 540 Mandamus & Other | | |    to Justice |
| |    w/Disabilities— | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of |
| |      Employment | ☐ 555 Prison Condition | | |    State Statutes |
| | ☐ 446 Amer. | | | | |
| |    w/Disabilities— | | | | |
| |      Other | | | | |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
47 U.S.C. § 227, et seq. and 15 U.S.C. § 1692, et seq.

Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $   N/A

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)    JUDGE _____    DOCKET NUMBER _____

DATE

July 7, 2015

SIGNATURE OF ATTORNEY OF RECORD

*Lawrence J. Bartel*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### <u>CASE MANAGEMENT TRACK DESIGNATION FORM</u>

| | | |
|---|---|---|
| **Tia Diggs** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MIDLAND FUNDING, LLC** | : | **NO.** |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus-Cases brought under 28 U.S.C. §2241 through §2255.  ( )

(b)  Social Security-Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c)  Arbitration-Cases require to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d)  Asbestos-Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e)  Special Management-Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f)  Standard Management--Cases that do not fall into any one of the other tracks.  (X)

| | | |
|---|---|---|
| | | Defendant, Midland Funding, LLC |
| July 7, 2015 | *Lawrence J. Bartel* | |
| Date | Attorney-at-law | Attorney for |
| | Lawrence J. Bartel, | |
| | Esquire. | |

| | | |
|---|---|---|
| | | Ljbartel@mdwcg.com |
| (215) 575-2780 | (215) 575-0856 | |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660)  10/02

551629

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| **Tia Diggs** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MIDLAND FUNDING, LLC** | : | **NO.** |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus-Cases brought under 28 U.S.C. §2241 through §2255.            ( )

(b) Social Security-Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.            ( )

(c) Arbitration-Cases require to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos-Cases involving claims for personal injury or property damage from
exposure to asbestos.            ( )

(e) Special Management-Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)            ( )

(f) Standard Management--Cases that do not fall into any one of the other tracks.        (X)

| | | |
|---|---|---|
| | | Defendant, Midland Funding, LLC |
| July 7, 2015 | *Lawrence J. Bartel* | |
| Date | Attorney-at-law | Attorney for |
| | Lawrence J. Bartel, Esquire. | |

| | | Ljbartel@mdwcg.com |
|---|---|---|
| (215) 575-2780 | (215) 575-0856 | |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660)  10/02

551629

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: Tia Diggs c/o Fred Davis, Esq. - Davis Consumer Law Firm, 500 Office Ctr Drive, Suite 400, Ft. Washington PA 19034  1-855-432-8475

Address of Defendant: Midland Funding, LLC c/o Lawrence J. Bartel, Esquire 2000 Market Street, Suite 2300 Philadelphia, PA 19103

Place of Accident, Incident or Transaction: Philadelphia County, Pennsylvania

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes ☑  No ☐

Does this case involve multidistrict litigation possibilities?    Yes ☐  No ☑

*RELATED CASE, IF ANY:*

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
    Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
    Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
    Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
    Yes ☐  No ☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations

7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury
    (Please specify)

7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

### ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Lawrence J. Bartel _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: July 7, 2015 _____  *Lawrence J. Bartel*  94006
                                 Attorney-at-Law          Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: July 7, 2015 _____  *Lawrence J. Bartel*  94006
                                 Attorney-at-Law          Attorney I.D.#

CIV. 609 (6/08)

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: Tia Diggs c/o Fred Davis, Esq. - Davis Consumer Law Firm, 500 Office Ctr Drive, Suite 400, Ft. Washington PA 19034  1-855-432-8475

Address of Defendant: Midland Funding, LLC c/o Lawrence J. Bartel, Esquire 2000 Market Street, Suite 2300 Philadelphia, PA 19103

Place of Accident, Incident or Transaction: Philadelphia County, Pennsylvania

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))        Yes ☑   No ☐

Does this case involve multidistrict litigation possibilities?        Yes ☐   No ☑

*RELATED CASE, IF ANY:*

Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?

    Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?

    Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?

    Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?

    Yes ☐   No ☑

**CIVIL: (Place ✔ in ONE CATEGORY ONLY)**

**A.** *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
    (Please specify)

**B.** *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury
    (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION

*(Check Appropriate Category)*

I, Lawrence J. Bartel , counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: July 7, 2015        *Lawrence J. Bartel*        94006

Attorney-at-Law        Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: July 7, 2015        *Lawrence J. Bartel*        94006

Attorney-at-Law        Attorney I.D.#

CIV. 609 (6/08)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TIA DIGGS,** | **Civil Action No.** |
| Plaintiff, | |
| **vs.** | |
| **MIDLAND FUNDING, LLC,** | |
| Defendant. | |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendant, Midland Funding, LLC (hereinafter "MF"), by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, P.C., hereby removes the action captioned as <u>Tia Diggs v. Midland Funding, LLC</u>, docket no. 150600861, as filed in the Court of Common Pleas for Philadelphia County, Pennsylvania ("the Action"), to the United States District Court for the Eastern District of Pennsylvania, based upon the following:

1.     On or about June 5, 2015 Plaintiff filed the Action in the Court of Common Pleas for Philadelphia County, Pennsylvania. A true and correct copy of Plaintiff's Complaint in the Action is attached hereto as Exhibit "A."

2.     MF first received notice of the Action on June 8, 2015, when it was served with Plaintiff's Complaint.

3.     Based on the foregoing, MF has timely filed this Notice of Removal within thirty days of being served with the Complaint and

1

within thirty days of the date that the Action was first removable. <u>See</u> 28 U.S.C. § 1446(b).

4.    The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by MF pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged that MF violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq., thereby asserting claims that arise under federal law.

5.    In that the causes of action alleged by the Plaintiff arise from the performance of obligations of the parties within Philadelphia County, Pennsylvania, the United States District Court for the Eastern District of Pennsylvania should be assigned the Action.

6.    Pursuant to 28 U.S.C. § 1446(d), MF will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania, will serve Plaintiff with copies of this Notice of Removal and will file the Notice of Removal in the Philadelphia County Court of Common Pleas.

**WHEREFORE**, Defendant, Midland Funding, LLC notifies this Court that this Action is removed from the Court of Common Pleas for Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.**

By: _Lawrence J. Bartel_

Lawrence J. Bartel, ESQUIRE
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2780 / (215) 575-0856 (f)
Ljbartel@mdwcg.com
Attorneys for Defendant
Midland Funding, LLC

Dated:  July 7, 2015

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIA DIGGS, | Civil Action No. |
| Plaintiff, | |
| vs. | |
| MIDLAND FUNDING, LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, Lawrence J. Bartel, Esquire, do hereby certify that a true and correct copy of Defendant, Midland Funding, LLC's Notice of Removal  was served upon the below-listed counsel of record by regular mail on June 8, 2015:

> Fred Davis, Esquire
> Davis Consumer Law Firm, LLC
> 500 Office Center Drive, Suite 400
> Ft. Washington, PA 19034
> Attorneys for Plaintiff
> Tia Diggs

**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN, P.C.**

By: _Lawrence J. Bartel_

Lawrence J. Bartel, ESQUIRE
Attorneys for Defendant
Midland Funding, LLC

Dated: July 7, 2015

4

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

Filed Number 1506003688

| PLAINTIFF'S NAME | DEFENDANTS NAME |
|---|---|
| TIA DIGGS | MIDLAND FUNDING LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1532 E. DUVAL ST.<br>PHILA PA 19138 | 8875 AERO DR-STE 200<br>SAN DIEGO CA 92123 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| [X] $50,000.00 or less<br>[ ] More than $50,000.00 | [X] Arbitration<br>[ ] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

**CASE TYPE AND CODE**

10 - CONTRACTS OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES        NO |
|---|---|

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: TIA DIGGS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| FRED E. DAVIS | 500 OFFICE CTR DR<br>SUITE 400<br>FT. WASHINGTON PA 19034 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (855) 432-8475 | (855) 435-‿294 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 93907 | freddavis04@aol.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| FRED DAVIS | Tuesday, June 02, 2015, 11:09 am |

PRELIMINARY COPY (For Approval by the Prothonotary Clerk)

Fred Davis, Esquire
Identification No. 93907
DAVIS CONSUMER LAW FIRM
500 OFFICE CTR DR-STE 400
FT. WASHINGTON, PA 19034
(T)1-855-432-8475/(F)1-855-435-9294
fdavis@usacreditlawyer.com

ATTORNEY FOR PLAINTIFF

THIS IS AN ARBITRATION MATTER.
ASSESSMENT OF DAMAGES
HEARING IS REQUESTED.

| | |
|---|---|
| TIA DIGGS<br>1532 E. Duval St.<br>Phila, PA<br>19138 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| *Plaintiff* | CIVIL ACTION |
| v. | |
| MIDLAND FUNDING, LLC<br>8875 Aero Dr.-Ste 200<br>San Diego, CA<br>92123 | DOCKET NO.: |
| *Defendant* | |

### NOTICE TO DEFEND
### CODE: 1900

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.
You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA COUNTY BAR ASSOCIATION-LAWYER REFERRAL& INFO
SERVICE

Philadelphia Bar Association
1101 Market Street, 11th Floor
Phila, PA 19107
Phone: (215) 238-6300
Fax: (215) 238-1159

AVISO

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas de estas
demandas expuestas an las aginas signientes, usted tiene veinte (20) dias de plazo al
partir de ia fecha de la demanda y ia notificacion.  Hace falta asentar una comparencia
escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas
o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se
defiende, le corte tomara medidas y puede continuar la demanda en contra suya sin
previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y
requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede
perder dinero o sus propiedades u ostros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE, SI NO TIENE
ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO.
VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA
DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE
PUEDE CONSEGUIR ASISTENCIA LEGAL.

SERVICIO DE REFERENCIA LEGAL
Colegio de Abogados de Philadelphia
1101 Market Street, 11th Floor
Phila, PA 19107
Phone: (215) 238-6300
Fax: (215) 238-1159

Fred Davis, Esquire
Identification No. 93907
DAVIS CONSUMER LAW FIRM
500 OFFICE CTR DR-STE 4'10
FT. WASHINGTON, PA 19034
(T)1-855-432-8475/(F)1-855-435-9294
fdavis@usacreditlawyer.com

ATTORNEY FOR PLAINTIFF

THIS IS AN ARBITRATION MATTER.
ASSESSMENT OF DAMAGES HEARING IS
REQUESTED.

| | |
|---|---|
| TIA DIGGS<br>1532 E. Duval St.<br>Phila, PA<br>19138<br><br>*Plaintiff*<br><br>v.<br><br>MIDLAND FUNDING, LLC<br>8875 Aero Dr.-Ste 200<br>San Diego, CA<br>92123<br><br>*Defendant* | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br><br><br><br>CIVIL ACTION |

## COMPLAINT

1.    Plaintiff, TIA DIGGS, is an adult individual citizen and legal

resident of the State of Pennsylvania, living at 1532 E. Duval St. St, Phila, Pa 19138.

2.    Defendant, MIDLAND FUNDING, LLC, is a business corporation

qualified to and regularly conducting business in, the Commonwealth of Pennsylvania,

with its legal residence and principal place of business at 8875 Aero Dr.-Ste 200, San

Diego, CA 92123. Defendant can be served at that address.

3.    Plaintiff avers that at all times material hereto, Defendant acted by

and through its authorized agents, servants, officers, and/or employees, including

Defendant, all of whom were acting within the scope of their employment.

## JURISDICTION AND VENUE

4.      Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction".

5.      Defendant regularly conducts business in the State of Pennsylvania and in the County of Philadelphia, therefore, personal jurisdiction is established.

6.      Venue is proper in Philadelphia County pursuant to Pennsylvania Rules of Civil Procedure 1006 and 2179.

7.      Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

## PARTIES

8.      Plaintiff is a natural person residing in Phila, PA.

9.      Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3), as the alleged debt at issue was acquired in the pursuit of consumer related purposes, such as purchasing household goods and supplies, clothing, food, and for other non-commercial goods and services.

10.      Defendant, MIDLAND FUNDING, LLC, is a company handling debt collection matters with headquarters located at 8875 Aero Dr.-Ste 200, San Diego, CA 92123.

11.      Defendant is a debt collector as that term is defined by 15 U.S.C. §1692a(6), and sought to collect a consumer debt from Plaintiff as described above. Defendant identifies itself as a debt collector in virtual marketing and in court filings.

12.     Defendant acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### FACTUAL ALLEGATIONS

13.     On July 24, 2014, Defendant filed a lawsuit against Plaintiff in the Philadelphia Municipal Court.  The suit sought damages of $943.33 for an alleged default on a "CAPITAL ONE BANK (USA), N.A." credit account ending in "6515"which Defendant alleges it purchased from "CAPITAL ONE BANK (USA), N.A.".  *See*  Exhibit "A" .

14.     Plaintiff alleges and avers that Defendant misrepresented the legal status of the alleged debt by arguing that it was an assignee and/or successor in interest to "CAPITAL ONE BANK (USA), N.A." without providing any documentary proof of assignment or charge-off by the "CAPITAL ONE BANK (USA), N.A.",  in violation of 15 U.S.C. §1692e.

15.     Plaintiff further alleges and avers that Defendant's lawsuit constitutes a misrepresentation surrounding the nature and legal status of the alleged debt because Defendant's lawsuit to collect this alleged debt was time-barred by the four-year statute of limitations as imposed by 42 Pa. C.S. § 5525(a)(1), in violation of 15 U.S.C. §1692e.

16.     Plaintiff further alleges and avers that Defendant's lawsuit constitutes an action which cannot be legally taken, because Defendant lacked standing to file the Philadelphia Municipal Court lawsuit, in violation of 15 U.S.C. §1692e.

17.     Plaintiff further alleges and avers Defendant made or caused to be

made numerous, offensive phone calls to Plaintiff and unrelated third-parties attempting to collect the alleged "debt", and often times failed to properly identify itself, n violation of 15 U.S.C. §§ 1692c(a)(1) and d.

18.     Plaintiff further alleges and avers that Defendant failed to notify the relevant credit bureaus that the alleged debt was in dispute, in violation of 15 U.S.C. § 1692e.

19.     Plaintiff further alleges and avers that Defendant had no intention of prosecuting the case and thereby violated 15 U.S.C. §1692(e)(5).

## COUNT I
## THE FAIR DEBT COLLECTION PRACTICES ACT

20.     In its actions to collect a disputed debt, Defendant violated the FDCPA in one or more of the following ways:

a.     Harassing, oppressing or abusing Plaintiff in connection with the collection of a debt in violation of 15 U.S.C. § 1692d.

b.     Using misrepresentations or deceptive means to collect a debt in violation of 15 U.S.C. § 1692e(10).

c.     Using unfair or unconscionable means to collect a debt in violation of 15 U.S.C. §1692f

d.     Attempting to collect an amount not authorized by contract or law in violation of 15 U.S.C. §1692f.

e.     By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

WHEREFORE, Plaintiff, TIA DIGGS, respectfully prays for a judgment

as follows:

             a.      All actual compensatory damages suffered pursuant to 15

U.S.C. § 1692k(a)(1);

             b.      Statutory damages of $1,000.00 for each violation of the

FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

             c.      All reasonable attorneys' fees, witness fees, court costs and

other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. § 1693k(a)(3); and

Any other relief deemed appropriate by this Honorable Court.

                    DAVIS CONSUMER LAW FIRM

By:

                    Fred Davis-PA ID# 93907
                    Attorney for Plaintiff, TIA DIGGS
                    500 Office Center Drive-Suite 400
                    Ft. Washington, PA   19034
                    Tel – 1·855-432-8475/Facsimile-1-855-435-9294
                    Email: fdavis@usacreditlawyer.com

## VERIFICATION

Fred Davis, states that he is the attorney for the Plaintiff herein; that he is acquainted with the facts set forth in the foregoing Complaint; that same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the Penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsifications to authorities.


DAVIS CONSUMER LAW FIRM

By: _____
Fred Davis-PA ID# 93907
Attorney for Plaintiff, TIA DIGGS
500 Office Center Drive-Suite 400
Ft. Washington, PA    19034
Tel -- 1-855-432-8475/Facsimile-1-855-435-9294
Email: fdavis@usacreditlawyer.com



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge   Patricia R. McDermott, Deputy Court Administrator

## STATEMENT OF CLAIM

Code: Consumer Purchase - (4)    SC/CP: # SC-14-07-24-5961

| Midland Funding, LLC<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 | TIA DIGGS<br>1532 E Duval St<br>Philadelphia, PA 19138 |
|---|---|
| *Plaintiff(s)* | *Defendant(s)* |

**Service Address (information) if other than above:**

*To the Defendant: Plaintiff is seeking a money judgment against the Defendant(s) based on the following claim:*
Plaintiff is the owner of a certain credit card account (hereinafter "the Account") by virtue of the assignment of the account. As a result of the assignment, plaintiff now holds all rights, title and interest in and to the account. Upon information and belief, the defendant entered into a revolving credit card agreement with CAPITAL ONE BANK (USA), N.A., received a credit card for the account bearing the last 4 numbers of XXXXXXXXXXXX6515 and used or authorized the use of said card to for the purpose of obtaining goods and/or services and/or cash advances. Based upon of records kept on behalf of plaintiff, the last payment posted to the account on 10/05/2011. The account shows that the defendant owes a balance of $943.33 . File 295142

### Summons to the Defendant
**You are hereby ordered to appear at a hearing scheduled as follows:**
### Citation al Demandado
**Por la presenta, Usted esta dirijido a presentarse a la siguiente:**

1339 Chestnut Street 6th Floor
Philadelphia, PA 19107
Hearing Room: 5

September 26th, 2014

01:00 PM

### Amount Claimed

| | | |
|---|---|---|
| Principal | $ | 943.33 |
| Interest | $ | 0.00 |
| Attorney Fees | $ | 0.00 |
| Other Fees | $ | 0.00 |
| **Subtotal** | $ | 943.33 |
| Service | $ | 45.00 |
| State Fee | $ | 10.00 |
| Automation Fee | $ | 5.50 |
| Convenience Fee | $ | 5.00 |
| JCS St. Add. Surcharge | $ | 11.25 |
| JCS St. Add. Fee | $ | 2.25 |
| Court Costs | $ | 22.00 |
| **TOTAL CLAIMED** | $ | 1044.33 |

Date Filed: 07/24/2014

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this statement of claims action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to take this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities. If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

DANIEL J. SANTUCCI

**Signature Plaintiff/Attorney**
Atty ID #: 092800

Address & Phone: 1 INTERNATIONAL PLAZA 5TH FLOOR
PHILADELPHIA, PA 19113
800-265-8825

**NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT.**
**PLEASE SEE ATTACHED NOTICES**

AVISO AL DEMANDADO LE HAN DEMANDADO EN CORTE. VEA POR FAVOR
LOS AVISOS ASOCIADOS.

If you wish to resolve this matter without appearing in court, please contact the attorney shown above immediately.

*PCTF EX "A"*

Verification

Tanya Johnson, whose business address is 16 Mcleland Road Suite 101, St. Cloud, MN 56303, certifies and says:

1.    I am employed as a Legal Specialist, and have access to pertinent account records for Midland Credit Management, Inc. ("MCM"), servicer of this account on behalf of plaintiff. I am a competent person over eighteen years of age, and make the statements herein based upon personal knowledge of those account records maintained on plaintiff's behalf. Plaintiff is the current owner of and/or successor to, the obligation sued upon, and was assigned all the rights, title and interest to defendant's CAPITAL ONE BANK (USA), N.A. account XXXX-XXXX-XXXX-6515 (MCM Number 8560369171) (hereinafter "the account"). I have access to and have reviewed the records pertaining to the account and am authorized to make this verification on plaintiff's behalf.

2.    Based upon my review of MCM's business records; defendant(s) opened the CAPITAL ONE BANK (USA), N.A. account on 2004-12-06 and the account was charged off on 2010-05-24.

3.    MCM's records show that the defendant(s) owed a balance of $943.33 as of 2014-07-01.

I certify under penalty of perjury that the foregoing statements are true and correct. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

_____ JUL 1 4 2014 _____
Date

_____
Tanya Johnson

CA117
Midland Funding, LLC

*PLTF EX "B"*