IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIA DIGGS**<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**MIDLAND FUNDING LLC**<br><br>　　　　　　Defendant. | **Civil Action No.: 2:15-cv-3778** |

**STIPULATION OF VOLUNTARY DISMISSAL**

TO: The Clerk of Court:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of his claims against Midland Funding LLC, with prejudice.

| | |
|---|---|
| /s/ Fred Davis_____ | /s/ Lawrence J. Bartel____ |
| Davis Consumer Law Firm | Marshall Dennehey, *et al* |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 500 Office Ctr. Dr-Suite 400 | 2000 MARKET ST.-STE 2300 |
| Ft. Washington, PA    19034 | Phila, PA    19103 |

DATED: November 23, 2015